IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| STAR RICE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SWIFT PORK COMPANY; JBS PORK PRODUCTION FACILITY; JBS USA FOOD COMPANY a/k/a JBS FOOD USA; and VICTOR RODRIQUEZ and ERIKA KEMP in their individual and corporate capacities,<br><br>　　　　Defendants. | 4:24-cv-00142-SHL-HCA<br><br><br>ORDER CANCELING ALL<br>DEADLINES AND HEARINGS<br>AND FOR CLOSING DOCUMENTS |

　　　　The parties have notified the Court that a settlement agreement has been reached as of October 9, 2024. Accordingly, all deadlines and hearings are canceled.

　　　　Closing documents shall be filed by November 8, 2024. If no closing documents are filed, pursuant to LR 41.c the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

　　　　IT IS SO ORDERED.

　　　　Dated October 9, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　Helen C. Adams
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

1