IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| STAR RICE,<br><br>    Plaintiff,<br><br>v.<br><br>SWIFT PORK COMPANY, JBS PORK PRODUCTION FACILITY, JBS USA FOOD COMPANY a/k/a JBS FOOD USA, and VICTOR RODRIQUEZ and ERIKA KEMP in their individual and corporate capacities,<br><br>    Defendant. | Case No: 4:24-CV-00142<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

The parties hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-named case shall be dismissed with prejudice. The parties have agreed that each party is responsible for bearing its own costs and attorney fees.

                                        NEWKIRK ZWAGERMAN, P.L.C.

                                        */s/Leonard Bates*
                                        Thomas Newkirk AT005791
                                        tnewkirk@newkirklaw.com
                                        Leonard Bates AT0010869
                                        Lbates@newkirklaw.com
                                        Jacquelyn Judickas AT0015272
                                        jjudickas@newkirk.law.com
                                        3900 Ingersoll Ave, Suite 201
                                        Des Moines, IA 50312
                                        Telephone: (515) 883-2000
                                        Fax: (515) 883-2000

                                        ATTORNEYS FOR PLAINTIFF

Wesley T. Graham AT0011184
Duncan Green, P.C.
400 Locust Street, Suite 380
Des Moines, IA 50309
Telephone: (515) 288-6440
Facsimile: (515) 288-6448
wtgraham@duncangreenlaw.com

Randi J. Winter
Spencer Fane LLP
100 South 5th Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 268-7000
rwinter@spencerfane.com

Charlotte McEwen
Spencer Fane, LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Telephone: (303) 839-3800
cmcewen@spencerfane.com

ATTORNEYS FOR DEFENDANTS